IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case Number  07 CR 799 |
| ) | |
| HUBERT CHOW, ) | |
| ) | Judge Ronald A. Guzman |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Timothy John Chapman
   Assistant United States Attorney
   219 South Dearborn Street
   Suite 500
   Chicago, Illinois  60604

PLEASE TAKE NOTICE that on July 29, 2008 at 9:30 a.m., or soon thereafter as Counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman, or any judge sitting in his stead, in Courtroom 1219 of the United States Courthouse in Chicago, Illinois, and then and there present the **Defendant's Unopposed Petition to Expand Conditions of Bond**, a copy which is attached hereto and served upon you.

AZULAYSEIDEN LAW GROUP
Attorneys for the Defendant
205 N. Michigan Ave. – 40th Floor
Chicago, Illinois 60601
Telephone Number: 312-832-9200

### Certificate of Service

I, Daisy Simon, a non-attorney, do hereby certify that I caused a copy of the **Defendant's Unopposed Petition to Expand Conditions of Bond**, to be served upon the individual identified above and of all parties of record by placing same in the U.S. Mail, proper postage prepaid, at 205 N. Michigan Avenue, Chicago, Illinois on July 24, 2008 before the hour of 5:00 p.m.

_____
Daisy Simon