IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case Number  07 CR 799 |
| ) | |
| HUBERT CHOW, ) | |
| ) | Judge Ronald A. Guzman |
| Defendant. ) | Magistrate Judge Nan R. Nolan |
| ) | |

**DEFENDANT'S EMERGENCY MOTION TO REMOVE UNOPPOSED PETITION TO EXPAND CONDITIONS OF BOND FROM COURT'S DOCKET**

NOW COMES the Defendant, HUBERT CHOW, by and through his attorneys, AZULAYSEIDEN LAW GROUP and for his EMERGENCY MOTION TO REMOVE UNOPPOSED PETITION TO EXPAND CONDITIONS OF BOND FROM COURT'S DOCKET, states as follows:

1. On July 25, 2007 Defendant filed Unopposed Petition To Expand Conditions Of Bond From Court's Docket with this Court via the ECF system, and that petition was served on all counsel of record via the ECF system.

2. Through inadvertence, Defendant included personal information on that petition, including his work and home addresses.

3. Given the nature of this case, Defendant's personal safety is endangered by having this contact information made public via his petition.

1

WHEREFORE, Chow respectfully requests that this Honorable Court:

A.  grant his emergency motion to remove and strike the petition from Court's docket;

B.  order all counsel of record to destroy any and all copies of this petition they may have received;

C.  retrieve and destroy any and all copies of the petition that all counsel of record may have transmitted to any third parties, including, but not limited to, their clients,

D.  leave to file a redacted petition before Magistrate Judge Nolan; and

E.  for any such additional relief as this Court deems fair and just.

Dated: July 25, 2008                                  Respectfully submitted,


/s/ Linda M. Babich
Linda M. Babich
AZULAYSEIDEN LAW GROUP
Attorneys for the Defendant
205 N. Michigan Ave. – 40th Floor
Chicago, Illinois 60601
Telephone Number: 312-832-9200
Attorney Number: 6242459