IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case Number 07 CR 799 |
| ) | |
| HUBERT CHOW, ) | Judge Ronald A. Guzman |
| ) | Magistrate Judge Nan R. Nolan |
| Defendant. ) | |

### NOTICE OF EMERGENCY MOTION

To:  Mr. Timothy Chapman
     Assistant United States Attorney
     219 South Dearborn Street
     Suite 500
     Chicago, Illinois  60604

   PLEASE TAKE NOTICE that on July 25, 2008 as soon Counsel may be heard, we shall appear before the Honorable Judge Guzman, or any judge sitting in his stead, in Courtroom 1219 of the United States Courthouse in Chicago, Illinois, and then and there present the EMERGENCY MOTION TO REMOVE UNOPPOSED PETITION TO EXPAND CONDITIONS OF BOND FROM COURT'S DOCKET, a copy which is attached hereto and served upon you.

                              AZULAYSEIDEN LAW GROUP
                              Attorneys for the Defendant
                              205 N. Michigan Ave. – 40th Floor
                              Chicago, Illinois 60601
                              Telephone Number: 312-832-9200

### Certificate of Service

   I, Linda M. Babich, an attorney, do hereby certify that I caused a copy of the EMERGENCY MOTION TO REMOVE UNOPPOSED PETITION TO EXPAND CONDITIONS OF BOND FROM COURT'S DOCKET, to be served upon the individual identified above and of all parties of record by placing same in the U.S. Mail, proper postage prepaid, at 205 N. Michigan Avenue, Chicago, Illinois on July 25, 2008 before the hour of 1:00 p.m.

                              /s/Linda M. Babich_____
                              Linda M. Babich