## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 24 | **DATE** | 7/25/2008 |
| **CASE TITLE** | USA vs. Hubert Chow | | |

**DOCKET ENTRY TEXT**

Defendant's (unopposed) Emergency Motion to Remove Petition to Expand Conditions of Bond from Court's Docket [188] is granted. The Clerk's Office is directed to strike the Unopposed Petition to Expand Conditions of Bond [186] from the Court's docket. All counsel of record are ordered to destroy any and all copies of the petition and to retrieve all copies of the petition that counsel of record may have transmitted.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

Case 1:07-cr-00799     Document 190     Filed 07/25/2008     Page 2 of 2