**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                            Plaintiff,

v.                                                  Case No.: 1:07−cr−00799
                                                                Honorable Ronald A. Guzman

Ju Wen Zhou, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

     MINUTE entry before the Honorable Nan R. Nolan:Defendant Hubert Cow's Unopposed Motion to modify conditions of release [195] is granted as to Hubert Chow (24). Motion hearing date of 08/05/08 is stricken. No appearance is required. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.